IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-51 |
| MICHAEL J. ANDERSON, | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Anne Y. Park, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Michael J. Anderson, pursuant to an Indictment returned against him by the Federal Grand Jury on May 24, 2005.

COLM F. CONNOLLY
United States Attorney

BY: _____
Anne Y. Park
Assistant United States Attorney

Dated: May 24, 2005

AND NOW, this __24__ day of __May__, 2005, based upon the foregoing motion,

IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Michael J. Anderson.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge