# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :

          Plaintiff,      :

      v.          :    Criminal Action No. 05- 51

MICHAEL J. ANDERSON,      :

          Defendant.    :

## PETITION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its attorney, Anne Y. Park, Assistant United States Attorney for the District of Delaware, respectfully shows:

1. On May 24, 2005, an Indictment was returned by the Federal Grand Jury charging the defendant with violations of Title 18, United States Code, Sections 1951 and 2113(a).

2. An initial appearance is scheduled for June 2, 2005, at 1:00 P.M.

3. Michael J. Anderson is currently incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware.

**WHEREFORE,** the United States prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the United States Marshal, District of Delaware, and to the Warden of the Howard R. Young Correctional Institution, Wilmington, Delaware, to bring Michael J. Anderson before the Court on June 2, 2005, at 1:00 P.M., and to be returned to the

Warden of the Howard R. Young Correctional Institution, Wilmington, Delaware, only after a

final disposition of the charges against the defendant has occurred in the District of Delaware.

COLM F. CONNOLLY
United States Attorney

BY: _____

Anne Y. Park
Assistant United States Attorney

Dated:  May 24, 2005

**IT IS SO ORDERED** this ____ day of _____, 2005.

_____

HONORABLE MARY PAT THYNGE
United States Magistrate Judge