UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  )
)
        Plaintiff,  )
)
)  CASE NO. **CR 05-51 GMS**
vs.  )
)
Michael Anderson  )
)
        Defendant.  )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *June 8, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *August 1, 2005*. The time between the date of this order and *August 1, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

                                                Honorable Mary Pat Thynge
                                                U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney