IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-51-GMS |
| | : | |
| MICHAEL ANDERSON, | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL**

Please enter the appearance of Edmond Falgowski, Assistant United States Attorney for the District of Delaware, in place of Anne Y. Park, Assistant United States Attorney for the District of Delaware, as counsel for the United States of America.

                                                        COLM F. CONNOLLY
                                                        United States Attorney

                                                       BY:     /s/
                                                               Edmond Falgowski
                                                               Assistant United States Attorney

Dated: July 19, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-51-GMS |
| | : | |
| MICHAEL ANDERSON, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

  I, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 19th day of July, 2005, I electronically filed a SUBSTITUTION OF COUNSEL with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

   Christopher S. Koyste, Esquire
   Assistant Federal Public Defender
   First Federal Plaza, Suite 110
   704 King Street
   Wilmington, DE 19801

                 /s/
               Edmond Falgowski
               Assistant United States Attorney