IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-cr-51 GMS |
| | : |
| MICHAEL J. ANDERSON | : |
| | : |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-named defendant has been rescheduled to **Tuesday, August 30, 2005, at 3:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

Date: August 29, 2005