


**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
PROBATION OFFICE / PRETRIAL SERVICES AGENCY**

**ELLEN J. KRAUSE**
Chief Probation Officer

FEDERAL BLDG., LOCKBOX #39
844 KING ST.
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:

SUITE 400
824 MARKET ST.
WILMINGTON, DE 19801-3588
(302) 252-2950
FAX: (302) 573-6658

BRANCH OFFICE LOCATION:

ROOM 2201, FEDERAL BLDG.
300 S. NEW ST.
DOVER, DE 19904
(302) 677-0633
FAX: (302) 677-0640

October 19, 2005

## MEMORANDUM

**TO:** The Honorable Gregory M. Sleet
U.S. District Judge

**RE:** United States v. Michael Anderson
Cr. A. No.: 1:05CR00051-001 & 1:05CR00080-001
**Request for Continuance in Sentencing**

---

Michael Anderson entered guilty pleas to bank robbery and Hobbs Act robbery, on August 30, 2005. Sentencing in this matter is scheduled for November 1, 2005, and the defendant remains in custody.

The presentence investigation is assigned to this officer, and the purpose of this memorandum is to request a continuance due to delays in completing the investigation. This officer has been trying to schedule a meeting with the defendant's parents, and due to their employment and residence location, this interview could not be conducted until this week. Following this interview, revisions to the initial report will need to be made and counsel will need time to review the changes to the presentence report. A continuance of approximately 40 days is requested to allow for an additional review period.

This matter has been discussed with both Assistant United States Attorney Edmond Falgowski, and the defendant's attorney, Christopher Koyste, Esquire. Neither expressed an objection to this continuance request.

Respectfully Submitted,

Ellen J. Krause
Chief U.S. Probation Officer

Nancy A. Klingler
U.S. Probation Officer

