IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Nos. 05-51 and 05-80 GMS |
| | : |
| MICHAEL ANDERSON | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-named defendant has been rescheduled to **Wednesday, December 14, 2005, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge. The hearing will be held in Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, Delaware.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

Date: October 20, 2005