AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

MICHAEL J. ANDERSON

**WARRANT FOR ARREST**

Case Number: CR 05-51-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL J. ANDERSON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

HOBBS ACT ROBBERY ( COUNTS I THRU IV );
BANK ROBBERY ( COUNTS V THRU VIII )

FILED
JUN 09 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of _____ 18 _____ United States Code, Section(s) _____ 1951; 18:2113(a) _____

Peter T. Dalleo
Name of Issuing Officer

BY: [signature]; DEPUTY CLERK
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

MAY 24, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ Michael J. Anderson _____ |

| DATE RECEIVED 5-24-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-2-05 | William David Sermon | William [signature] |